Sui Juris 1 (Rev. 12/16) Complaint for a Civil Case

FILED
LODGED
RECEIVED

**MAIL**

# United States District Court

### for the

FEB 12 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WASHINGTON WESTERN DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

DEPUTY

BY

Division

## 22-CV- 165 *RSL*

Case No. _____

| | |
|---|---|
| TERI KEALOHA SAHM © | ) |
| -v- | ) |
| | ) |
| SELECT PORTFOLIO SERVICING, INC. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint  A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TERI KEALOHA SAHM© |
| Street Address | c/o PO Box 387 |
| City and County | Fall City - King |
| State and Zip Code | Washington Postal Code 98024 |
| Telephone Number | 425-222-3526 |
| E-mail Address | terisahm@hotmail.com |

*(handwritten left margin: SUMMONS / NOT ISSUED)*

*(handwritten left margin: REC #: 9SA1001465)*

**2.  The Defendant(s)**

SELECT PORTFOLIO SERVICES, INC
P.O. Box 65250
Salt Lake City, UT 84165

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. § 1692 –1692p  Violation of the Fair Debt Collection Act

18 U.S. Code § 241  Conspiracy against rights

18 USC § 471 FORGERY of Obligations or securities of United States and

18 USC § 641 Public money, property or records

18 USC § 47 FRAUD AND FALSE STATEMENTS

18 U.S. Code § 1593A  Benefitting financially from peonage, slavery, and trafficking in persons

18 U.S. Code § 1596  Additional jurisdiction in certain trafficking offenses

Article IV of the United States Constitution

3. **The Amount in Controversy**

   $356,793.35

III.    **Statement of Claim**

   Copies of a purported "Note" were presented in October 2015 on 2 occasions with an obvious robosigned signature that is not the Agent's actual signature.   Please see Exhibit A.  These only appeared on two copies on August 30, 2018 and September 10, 2018.

IV.    **Relief**

   Immediate release of any "lien(s)" against the "house and property".

   A permanent stay put in place to protect my Homestead from any further attempts to steal the property through illegal and unlawful "Trustee Sales", "Sheriff Sales" or any other unlawful or illegal means.

   Prosecution of party responsible for forgery.   Payment of all trespass fees billed.

V.    **Certification and Closing**

   Under Federal Rule of Civil Procedure 11, by signing below, I affirm to the best of my knowledge, information,  and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause  unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.    **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result  in the dismissal of my case.

   Date: 02/11/2022

All Rights Reserved
Autograph of Plaintiff   _by: Teri Kealoha Sahm©_
          Without Prejudice
Printed Name of Plaintiff :  Teri Kealoha Sahm©, Sui Juris, Authorized Representative

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; June 2020; All rights reserved.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

## UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED

EP14F May 2020
OD: 12 1/2 x 9 1/2

PS00000100014

---

## UNITED STATES POSTAL SERVICE ®

# Click-N-Ship®

9405 5036 9930 0164 9773 46 0069 5000 0019 8101

U.S. POSTAGE PAID

usps.com
$8.95
US POSTAGE
Flat Rate Env

02/11/2022
Mailed from 98024

Expected Delivery Date: 02/14/22

0005

C028

# PRIORITY MAIL 1-DAY™

TERI K SAHM
4226 335TH PL SE # 387
FALL CITY WA 98024-4016

SHIP
TO: UNITED STATES DISTRICT COURT - CLERKS OFFICE
700 STEWART ST
STE 2310
SEATTLE WA 98101-4442

USPS TRACKING #

9405 5036 9930 0164 9773 46

Electronic Rate Approved #038555749



MAIL

FILED
LODGED
RECEIVED

FEB 12 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

USPS.COM/PICKUP

