2004042700149338.00

PACIFIC NW TTL DT
PAGE001 OF 016
04/27/2004 12:41
KING COUNTY, WA

Return To:
WELLS FARGO HOME MORTGAGE
3601 MINNESOTA DR. SUITE 200
BLOOMINGTON, MN 55435

Assessor's Parcel or Account Number: ▓▓▓▓-9002-08
Abbreviated Legal Description: ,, NE, 14-24-07

[Include lot, block and plat or section, township and range]
Trustee: PACIFIC NORTHWEST TITLE

Full legal description located on page 3

**FILED BY PNWT**

[Space Above This Line For Recording Data]

# DEED OF TRUST  526396-2

(19) 38

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated APRIL 21, 2004 together with all Riders to this document.
(B) "Borrower" is TERI K. SAHM, A SINGLE PERSON

Borrower is the trustor under this Security Instrument.
(C) "Lender" is WELLS FARGO HOME MORTGAGE, INC.

▓▓▓▓0896

WASHINGTON-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT          Form 3048  1/01


-6(WA) (0012)
Page 1 of 15
VMP MORTGAGE FORMS
(800)521-7291



Return To
WELLS FARGO HOME MORTGAGE
3601 MINNESOTA DR. SUITE 200
BLOOMINGTON, MN 55435

Assessor's Parcel or Account Number ━━━━-9002-08
Abbreviated Legal Description  ,, NE, 14-24-07

[Include lot, block and plat or section, township and range]
Trustee PACIFIC NORTHWEST TITLE

Full legal description located on page 3

FILED BY PNWT

[Space Above This Line For Recording Data]

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated APRIL 21, 2004, together with all Riders to this document.

(B) "Borrower" is TERI K. SAKI, A SINGLE PERSON

Borrower is the trustor under this Security Instrument

(C) "Lender" is WELLS FARGO HOME MORTGAGE, INC.



WASHINGTON-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT            Form 3048  1/01
⬤ -6(WA) (0012)
Page 1 of 15
VMP MORTGAGE FORMS
(800)521-7291



> Forgery on the signature (Robo's sig) and on the entire placement of the "certification". This was sent on August 30, 2018 and on September 10, 2018

Return To:
WELLS FARGO HOME MORTGAGE
3601 MINNESOTA DR. SUITE 200
BLOOMINGTON, MN 55435

I certify this instrument to be the true and certified copy of the original document.
_____
Nicole M. Johnson, Escrow Closer/LPO

Assessor's Parcel or Account Number: ████-9002-08
Abbreviated Legal Description .. NE, 14-24-07

*Include lot, block and plat or section, township and range*

Trustee: PACIFIC NORTHWEST TITLE

Full legal description located on page 3

---[Space Above This Line For Recording Data]---

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated APRIL 21, 2004 together with all Riders to this document.

(B) "Borrower" is TERI K. SMITH, A SINGLE PERSON

Borrower is the trustor under this Security Instrument.

(C) "Lender" is WELLS FARGO HOME MORTGAGE, INC.

████0896



WASHINGTON-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
██-6(WA) (0012)
Page 1 of 15
VMP MORTGAGE FORMS
(800)521-7291

Form 3048  1/01

00177698000011072100



STATE OF WASHINGTON
County of KING                                                                } ss:
  On this day personally appeared before me TERI K. SAHM

to me known to be the individual(s) described in and who executed the within and foregoing instrument, and acknowledged that he/she/they signed the same as his/her/their free and voluntary act and deed, for the uses and purposes therein mentioned.
  GIVEN under my hand and official seal this 20th day of April 2004

[Notary stamp: NICOLE C. JOHNSON / STATE OF WASHINGTON / NOTARY —— PUBLIC / MY COMMISSION EXPIRES 8-60-05]

Notary Public in and for the State of Washington, residing at Northoma
My Appointment Expires on 0871.05

*Notary Signature*

.BIWA) (0012)                    Page 15 of 12                Form 3048  1/01