UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERI KEALOHA SAHM,<br><br>                Plaintiff,<br><br>   v.<br><br>SELECT PORTFOLIO SERVICING, INC.,<br><br>                Defendant. | CASE NO. 2:22-cv-00165-JHC<br><br>MINUTE ORDER |

      This matter comes before the Court on Plaintiff Teri Kealoha Sahm's Motion to Correct Docket. Dkt. # 38.

      The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

      (1)    Plaintiff requests that the Court change the "Cause" and "Nature of the Suit" designations for the above-captioned case. She says that the Cause should list "18:1341 Frauds and Swindles" and "25:15 Counterfeiting and Forgery." And she says the Nature of the Suit should list "370 – Other Fraud."

      (2)    The Clerk changed the Nature of the Suit based on Plaintiff's preference. The Clerk could not change the Cause to Plaintiff's preferred designations on the face of the docket because of design-parameters in the Case Management/Electronic Case Files (CM/ECF) system. Notably, Plaintiff provided "15:1692 Fair Debt Collection Act" as her Cause when she first filed the case, and that is the Cause that the Clerk specified when the suit was opened.

      (3)    The Clerk is directed to forward a copy of this Order to all counsel of record.

      Dated this 30th day of September, 2022.

MINUTE ORDER - 1

Ravi Subramanian
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2